AO 93 (Rev. 6/93) Search Warrant

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

In the matter of the Search of

910 25th Avenue, Units 85, 238, 246-E, and 329, Phenix City, Alabama, Russell County, is more particularly described as 4 storage units at Mini-storage units of Phenix City.

## SEARCH WARRANT

CASE NUMBER: 3:07mj76TFM

TO: <u>DEA SA Stephen T. Ribolla</u>, and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>SA Stephen T. Ribolla</u>
who has reason to believe that ☐ on the person of or ☒ on the premises known as

910 25th Avenue, Units 85, 238, 246-E, and 329, Phenix City, Alabama, Russell County, is more particularly described as 4 storage units at Mini-storage units of Phenix City.

in the _____Middle_____ District of _____ALABAMA_____
there is now concealed a certain person or property, namely

See attached Affidavit for description of items to be searched for

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before August 8, 2007

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to Terry F. Moorer _____ as required by law.
U.S. Judge or Magistrate Judge

July 30, 2007 _____        Montgomery, AL_____
Date and Time Issued                                   City and State

Terry F. Moorer U.S. Magistrate Judge         [signature]
Name and Title of Judicial Officer                     Signature of Judicial Officer

AO 93    (Rev.6/92)    Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>July 30, 2007 | DATE AND TIME WARRANT EXECUTED<br>August 1 2007 7pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>in storage unit |
| INVENTORY MADE IN THE PRESENCE OF<br>SA Jennifer Bosler | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT<br><br>see attached Receipt | | |

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

cribed, sworn to, and returned before me this date.

_____     _9-22-7_____
U.S. Judge or Magistrate                Date

# RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address ((including ZIP Code)), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|
| Kelly D. Battle<br>117 U.S. Hwy 165<br>Phenix City AL 36869 | FILE TITLE | |
| | DATE 8/1/07 | |

DIVISION / DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | 1993 Chevrolet Caprice 4dr black/silver (1 bag misc paperwork) 1G1BL53E6PW132846 -vin | |
| 1 | 1969 Pontiac GTO 2dr green (1 bag misc paperwork) 242379A120712 -vin | |
| 1 | 2006 Range Rover 4dr SALSH23486A968984 (1 bag misc paperwork) | |
| 1 | 2005 Chevrolet Corvette 2dr black (1 bag misc paperwork) 1G1YY24U955114960 | |

RECEIVED BY (Signature) /s/ Jen L Bosler

NAME AND TITLE (Print or Type)
S/A Jennifer Bosler

WITNESSED BY (Signature) /s/ James McLendon

NAME AND TITLE (Print or Type)
S/A James McLendon

DEA Form - 12
(Apr. 1983)    Previous edition dated 9/77 may be used until stock is exhausted.

# VEHICLE IMPOUNDMENT RECORD

NO. _____

| Field | Value |
|---|---|
| MAKE | Chevrolet |
| MODEL | Caprice |
| COLOR | black/silver |
| NO. OF CYLINDERS | 8 |
| YEAR | 1993 |
| MILEAGE | 114471 |
| LICENSE NO. (Yr. - State) | 7K72R AL 2008 |
| HORSEPOWER OR CUBIC INCH DISPLACEMENT | |
| SERIAL NO. | |
| FUEL | ☒ Gas ☐ Diesel |
| VIN NO. | 1G1BL53E6PW132846 |
| NO. OF AXLES | 2 |

**TYPE OF VEHICLE:** ☒ Passenger Vehicle, ☐ Ambulance, ☐ Truck, ☐ Tractor, ☐ Trailer, ☐ Semi-Trailer, ☐ Bus, ☐ Motorcycle, ☐ RV

**NO. OF WHEELS:** 4

**BODY STYLE:** ☐ Coupe, ☐ 2-Door Sedan Hardtop, ☐ Station Wagon Sedan, ☒ 4-Door Hardtop, ☐ Pickup, ☐ Convertible, ☐ Panel, ☐ Van, ☐ Rack, ☐ Stake, ☐ Carryall, ☐ Flatbed, ☐ Camper

**VEHICLE OPERATOR (Address, Number, Street, City, State):** PHONE NO.: _____

**REGISTERED OWNER (Address, Number, Street, City, State):** Kelly Battle 117 US Hwy 165 Phenix City AL 36560  PHONE NO.: _____

**NAME & ADDRESS OF LIENHOLDER (If Applicable):** PHONE NO.: _____

## REASON FOR IMPOUNDMENT

☐ ACCIDENT  ☐ DUI  ☐ STOLEN  ☐ ABANDONED  ☐ FELONIOUS USE  ☐ NO OPR. LIC.  ☐ BURNED

**OTHER THAN ABOVE:** Warrant

**NAME OF ARRESTED PERSON** ☐  **INJURED** ☐  **OTHER** ☐  REPORT NO.: _____

**EXACT LOCATION WHERE VEHICLE PICKED UP:** 910 25th Ave Storage #329 Phenix City AL

**TOW-IN SERVICE REQUESTED BY:** _____  **NAME OF TOW-IN SERVICE:** _____

**DATE OF IMPOUNDMENT:** 8/1/07  **TIME:** 1100  **TOWED OR DRIVEN BY:** Neill Thompson  **NAME & TITLE OF IMPOUNDING OFFICER:** _____

## INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED

DOORS AND TRUNK: ☐ LOCKED  ☐ UNLOCKED  ☒ KEYS IN CAR  ☐ KEYS IN PROPERTY ROOM  ☐ OTHER

(USE CONDITION SYMBOL 1-FOR EXCELLENT - 2-GOOD - 3-FAIR - 4-POOR - 5-CONSTRUCTIVE TOTAL)

| ✓ | Part | Damaged | Condition | ✓ | Part | Damaged | Condition | ✓ | Part | Damaged | Condition |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FRONT END | | 2 | | ENGINE | | UnL | | SPARE TIRE | | 3 |
| | LF ¼ | | 2 | | RADIATOR | | UnL | | LR TIRE | | 3 |
| | LF DOOR | | 2 | | ALTERNATOR | | UnL | | RR TIRE | | 3 |
| | LR DOOR | | 2 | | BATTERY | | UnL | | RF TIRE | | 3 |
| | LR ¼ | | 2 | | A/C | | UnL | | LF TIRE | | 3 |
| | REAR END | | 2 | | RADIO | | UnL | | GLASS | | 3 |
| | RF ¼ | | 2 | | TAPE DECK | | UnL | | C.B. RADIO | | WR |
| | RF DOOR | | 2 | | HUB CAP | | UnL | | C.B. ANTENNA | | |
| | RR DOOR | | 2 | | WHEEL COVER | | UnL | | | | |
| | RR ¼ | | 2 | | DRIVE TRAIN | | UnL | | | | |
| | HOOD | | 2 | | JACK | | UnL | | | | |
| | TOP | | 2 | | TOOLS | | UnL | | | | |
| | REAR LID | | 2 | | GASOLINE | | UnL | | | | |

**REMARKS:** _____

(USE SUPPLEMENTARY REPORT FOR ANY DETAILS NOT LISTED ON THIS PAGE)

**DESCRIBE ANY PERSONAL PROPERTY LEFT IN VEHICLE:** _____

**REPORT MADE BY:** Jennifer Bozler  **DATE:** 8/1/07  **TIME:** 1115

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND IT'S CONDITION TO BE AS INDICATED ABOVE.

**SIGNED:** _____  **DATE:** _____  **TIME:** _____

FORM B-3   LAW ENFORCEMENTS SYSTEMS, INC. P.O. BOX 1835 CORSICANA, TEXAS 75110

# VEHICLE IMPOUNDMENT RECORD

NCIC _____    NO. _____

| Field | Value |
|---|---|
| MAKE | Pontiac |
| MODEL | GTO |
| COLOR | green |
| NO. OF CYLINDERS | 8 |
| YEAR | 1969 |
| MILEAGE | 59856 |
| LICENSE NO. (Yr. - State) | VBP 993 AL |
| HORSEPOWER OR CUBIC INCH DISPLACEMENT | |
| SERIAL NO. | |
| FUEL | ☒ Gas ☐ Diesel |
| VIN NO. | 242379A120712 |
| NO. OF AXLES | 2 |

**TYPE OF VEHICLE:** ☒ Passenger Vehicle ☐ Ambulance ☐ Truck ☐ Tractor ☐ Trailer ☐ Semi-Trailer ☐ Bus ☐ Motorcycle ☐ RV    NO. OF WHEELS: 4

**BODY STYLE:** ☐ Coupe ☒ 2-Door Sedan Hardtop ☐ Station Wagon ☐ 4-Door Hardtop ☐ Pickup ☐ Convertible ☐ Panel ☐ Van ☐ Rack ☐ Stake ☐ Carryall ☐ Flatbed ☐ Camper

**VEHICLE OPERATOR** (Address, Number, Street, City, State): _____    PHONE NO. _____

**REGISTERED OWNER** (Address, Number, Street, City, State): Kelly D. Battle 117 US Hwy 165 Phenix City AL 36869    PHONE NO. _____

**NAME & ADDRESS OF LIENHOLDER** (If Applicable): _____    PHONE NO. _____

## REASON FOR IMPOUNDMENT

☐ ACCIDENT  ☐ DUI  ☐ STOLEN  ☐ ABANDONED  ☐ FELONIOUS USE  ☐ NO. OPR. LIC.  ☐ BURNED

OTHER THAN ABOVE: Warrant

NAME OF ARRESTED PERSON ☐   INJURED ☐   OTHER ☐ _____    REPORT NO. _____

EXACT LOCATION WHERE VEHICLE PICKED UP: 520 25th Ave Phenix City #85 AL

TOW-IN SERVICE REQUESTED BY: _____    NAME OF TOW-IN SERVICE: _____

DATE OF IMPOUNDMENT: 8/1/07    TIME: 1160    TOWED OR DRIVEN BY: Neil Thompson    NAME & TITLE OF IMPOUNDING OFFICER: _____

## INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED

DOORS AND TRUNK: ☐ LOCKED  ☐ UNLOCKED  ☐ KEYS IN CAR  ☐ KEYS IN PROPERTY ROOM  OTHER _____

(USE CONDITION SYMBOL 1-FOR EXCELLENT - 2-GOOD - 3-FAIR - 4-POOR - 5-CONSTRUCTIVE TOTAL)

| ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FRONT END | | 3 | | ENGINE | | Unk | | SPARE TIRE | | Unk |
| | LF ¼ | | 3 | | RADIATOR | | Unk | | LR TIRE | | 3 |
| | LF DOOR | | 3 | | ALTERNATOR | | Unk | | RR TIRE | | 3 |
| | LR DOOR | | 3 | | BATTERY | | Unk | | RF TIRE | | 3 |
| | LR ¼ | | 3 | | A/C | | Unk | | LF TIRE | | 3 |
| | REAR END | | 3 | | RADIO | | Unk | | GLASS | | 2 |
| | RF ¼ | | 3 | | TAPE DECK | | Unk | | C.B. RADIO | | NA |
| | RF DOOR | | 3 | | HUB CAP | | Unk | | C.B. ANTENNA | | NA |
| | RR DOOR | | 3 | | WHEEL COVER | | Unk | | | | |
| | RR ¼ | | 3 | | DRIVE TRAIN | | Unk | | | | |
| | HOOD | | 3 | | JACK | | Unk | | | | |
| | TOP | | 3 | | TOOLS | | Unk | | | | |
| | REAR LID | | 3 | | GASOLINE | | Unk | | | | |

REMARKS: Missing Rearview mirror L/S

(USE SUPPLEMENTARY REPORT FOR ANY DETAILS NOT LISTED ON THIS PAGE)

DESCRIBE ANY PERSONAL PROPERTY LEFT IN VEHICLE: _____

REPORT MADE BY: Jennifer Bates    DATE: 8/1/07    TIME: _____

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND ITS CONDITION TO BE AS INDICATED ABOVE.

SIGNED _____    DATE _____    TIME _____

FORM B-3    LAW ENFORCEMENTS SYSTEMS, INC. P.O. BOX 1835 CORSICANA, TEXAS 75110

# VEHICLE IMPOUNDMENT RECORD

NO. _____

| Field | Value |
|---|---|
| MAKE | Range Rover |
| MODEL | Sport |
| COLOR | black |
| NO. OF CYLINDERS | 8 |
| YEAR | 2006 |
| MILEAGE | 4165 |
| LICENSE NO. (Yr. - State) | DUA 1369 NY |
| HORSEPOWER OR CUBIC INCH DISPLACEMENT | |
| SERIAL NO. | |
| FUEL | ☒ Gas  ☐ Diesel |
| VIN NO. | SALSH23484A968984 |
| NO. OF AXLES | 2 |

**TYPE OF VEHICLE:** ☒ Passenger Vehicle  ☐ Ambulance  ☐ Truck  ☐ Tractor  ☐ Trailer  ☐ Semi-Trailer  ☐ Bus  ☐ Motorcycle  ☐ RV   NO. OF WHEELS: 4

**BODY STYLE:** ☐ Coupe  ☐ 2-Door Sedan Hardtop  ☐ Station Wagon Sedan  ☒ 4-Door Hardtop  ☐ Pickup  ☐ Convertible  ☐ Panel  ☐ Van  ☐ Rack  ☐ Stake  ☐ Carryall  ☐ Flatbed  ☐ Camper

BUS (Passenger capacity) ____
TRUCK (Mfg. Rated capacity) ____

**VEHICLE OPERATOR** (Address, Number, Street, City, State) _____ PHONE NO. _____

**REGISTERED OWNER** (Address, Number, Street, City, State)   PHONE NO. _____
Kelly Battle  117 US Hwy 165 Phenix City AL 36867

**NAME & ADDRESS OF LIENHOLDER** (If Applicable)   PHONE NO. _____

## REASON FOR IMPOUNDMENT

ACCIDENT ☐   DUI ☐   STOLEN ☐   ABANDONED ☐   FELONIOUS USE ☐   NO OPR. LIC. ☐   BURNED ☐
OTHER THAN ABOVE: Warrant

NAME OF ARRESTED PERSON ☐   INJURED ☐   OTHER ☐ _____   REPORT NO. _____
EXACT LOCATION WHERE VEHICLE PICKED UP: 912 25th #238 Phenix City AL 36867
TOW-IN SERVICE REQUESTED BY _____   NAME OF TOW-IN SERVICE _____
DATE OF IMPOUNDMENT: 8/1/07   TIME: 1100   TOWED OR DRIVEN BY: Sweeta Dowdy   NAME & TITLE OF IMPOUNDING OFFICER _____

### INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED

DOORS AND TRUNK: LOCKED ☐  UNLOCKED ☐  KEYS IN CAR ☐  KEYS IN PROPERTY ROOM ☐  OTHER ____
(USE CONDITION SYMBOL 1-FOR EXCELLENT - 2-GOOD - 3-FAIR - 4-POOR - 5-CONSTRUCTIVE TOTAL)

| ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | COND |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FRONT END | | 2 | | ENGINE | | Unl | | SPARE TIRE | | Unl |
| | LF ¼ | | 2 | | RADIATOR | | Unl | | LR TIRE | | 3 |
| | LF DOOR | | 2 | | ALTERNATOR | | Unl | | RR TIRE | | 3 |
| | LR DOOR | | 2 | | BATTERY | | Unl | | RF TIRE | | 3 |
| | LR ¼ | | 2 | | A/C | | Unl | | LF TIRE | | 3 |
| | REAR END | | 2 | | RADIO | | Unl | | GLASS | | 3 |
| | RF ¼ | | 2 | | TAPE DECK | | Unl | | C.B. RADIO | | NA |
| | RF DOOR | | 2 | | HUB CAP | | Unl | | C.B. ANTENNA | | NA |
| | RR DOOR | | 2 | | WHEEL COVER | | Unl | | | | |
| | RR ¼ | | 2 | | DRIVE TRAIN | | Unl | | | | |
| | HOOD | | 2 | | JACK | | Unl | | | | |
| | TOP | | 2 | | TOOLS | | Unl | | | | |
| | REAR LID | | 2 | | GASOLINE | | Unl | | | | |

REMARKS _____

(USE SUPPLEMENTARY REPORT FOR ANY DETAILS NOT LISTED ON THIS PAGE)
DESCRIBE ANY PERSONAL PROPERTY LEFT IN VEHICLE _____

REPORT MADE BY: Jennifer Bosler   DATE: 8/1/07   TIME: 1134

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND IT'S CONDITION TO BE AS INDICATED ABOVE.
SIGNED _____ DATE _____ TIME _____

FORM B-3   LAW ENFORCEMENTS SYSTEMS, INC. P.O. BOX 1835 CORSICANA, TEXAS 75110

# VEHICLE IMPOUNDMENT RECORD

NCIC_____   NO._____

| MAKE | MODEL | COLOR | NO. OF CYLINDERS |
|---|---|---|---|
| Chevrolet | Corvette | black | 8 |

| YEAR | MILEAGE | LICENSE NO. (Yr.-State) | HORSEPOWER OR CUBIC INCH DISPLACEMENT |
|---|---|---|---|
| 2005 | 5941 | WI6F56 AL 2007 | |

| SERIAL NO. | FUEL | VIN NO. | NO. OF AXLES |
|---|---|---|---|
| | ☒ Gas  ☐ Diesel | 1G1YY24U955114960 | 2 |

**TYPE OF VEHICLE**
- ☒ Passenger Vehicle
- ☐ Ambulance
- ☐ Truck
- ☐ Tractor
- ☐ Trailer
- ☐ Semi-Trailer
- ☐ Bus
- ☐ Motorcycle
- ☐ RV

NO. OF WHEELS: 4

**BODY STYLE**
- ☐ Coupe
- ☒ 2-Door Sedan Hardtop
- ☐ Station Wagon Sedan
- ☐ 4-Door Hardtop
- ☐ Pickup
- ☐ Convertible
- ☐ Panel
- ☐ Van
- ☐ Rack
- ☐ Stake
- ☐ Carryall
- ☐ Flatbed
- ☐ Camper

BUS (Passenger capacity): 
TRUCK (Mfg. Rated capacity): 

**VEHICLE OPERATOR** (Address, Number, Street, City, State)   PHONE NO.

**REGISTERED OWNER** (Address, Number, Street, City, State)   PHONE NO.
Kelly Battle 117 US Hwy 165 Phenix City AL 36869

**NAME & ADDRESS OF LIENHOLDER** (If Applicable)   PHONE NO.

## REASON FOR IMPOUNDMENT

ACCIDENT ☐   DUI ☐   STOLEN ☐   ABANDONED ☐   FELONIOUS USE ☐   NO OPR. LIC. ☐   BURNED ☐
OTHER THAN ABOVE: Warrant

NAME OF ARRESTED PERSON ☐   INJURED ☐   OTHER ☐ _____   REPORT NO. _____
EXACT LOCATION WHERE VEHICLE PICKED UP: 910 25th Ave #246 Phenix City AL 36367
TOW-IN SERVICE REQUESTED BY: _____   NAME OF TOW-IN SERVICE: _____

| DATE OF IMPOUNDMENT | TIME | TOWED OR DRIVEN BY | NAME & TITLE OF IMPOUNDING OFFICER |
|---|---|---|---|
| 8/1/07 | 1100 | Jonnie Ellerbee | |

### INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED

DOORS AND TRUNK: LOCKED ☐   UNLOCKED ☐   KEYS IN CAR ☐   KEYS IN PROPERTY ROOM ☐   OTHER_____

(USE CONDITION SYMBOL 1-FOR EXCELLENT - 2-GOOD - 3-FAIR - 4-POOR - 5-CONSTRUCTIVE TOTAL)

| ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | COND |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FRONT END | scuffed | 2 | | ENGINE | unl | | | SPARE TIRE | | unl |
| | LF ¼ | | 1 | | RADIATOR | unl | | | LR TIRE | | 1 |
| | LF DOOR | Key mark | 3 | | ALTERNATOR | unl | | | RR TIRE | | 1 |
| | LR DOOR | | 1 | | BATTERY | unl | | | RF TIRE | | 1 |
| | LR ¼ | Key mark | 3 | | A/C | unl | | | LF TIRE | | 1 |
| | REAR END | | 1 | | RADIO | unl | | | GLASS | | 1 |
| | RF ¼ | | 1 | | TAPE DECK | unl | | | C.B. RADIO | | unl |
| | RF DOOR | | 1 | | HUB CAP | unl | | | C.B. ANTENNA | | unl |
| | RR DOOR | | 1 | | WHEEL COVER | unl | | | | | |
| | RR ¼ | | 1 | | DRIVE TRAIN | unl | | | | | |
| | HOOD | | 1 | | JACK | unl | | | | | |
| | TOP | | 1 | | TOOLS | unl | | | | | |
| | REAR LID | | | | GASOLINE | unl | | | | | |

REMARKS: _____

(USE SUPPLEMENTARY REPORT FOR ANY DETAILS NOT LISTED ON THIS PAGE)
DESCRIBE ANY PERSONAL PROPERTY LEFT IN VEHICLE _____

REPORT MADE BY: Jennifer Broles   DATE: 8/8/07   TIME: 1200

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND IT'S CONDITION TO BE AS INDICATED ABOVE.
SIGNED _____   DATE _____   TIME _____

FORM B-3   LAW ENFORCEMENTS SYSTEMS, INC. P.O. BOX 1835 CORSICANA, TEXAS 75110